IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR57 |
| | ) | |
| v. | ) | |
| | ) | |
| ALBERT DANSBY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on the parties' joint oral motion for a continuance based on their stated intention to enter into a plea agreement.  Counsel represents that an affidavit in conformity with NECrimR 12.1(A)(1)-(3) will be filed.  The court finds the ends of justice will be served by a continuance and outweigh the best interest of the public and the defendant in a speedy trial.  Failure to grant the motion would deny the defendant reasonable time necessary to effectively negotiate or finalize a plea agreement.  See 18 U.S.C. § 3162(h)(8)(A) & (B)(iv); *Zedner v. United States,* --- S. Ct. ---, 2006 WL 1519360 (June 05, 2006).  Accordingly,

IT IS ORDERED that:

1.     A change of plea hearing is scheduled for **July 7, 2006, at 1:30 p.m.,** Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

2.     The time between **June 28, 2006,** and **July 7, 2006,** is deemed excludable time in any computation of time under the Speedy Trial Act.

DATED this 28th day of June, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge